**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 6:21-cv-00727-PGB-DCI**

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address
76.26.184.222 an individual,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.26.184.222, are voluntarily dismissed without prejudice.

Dated: August 26, 2021                              Respectfully submitted,

                                                           **MAMONE VILLALON**
                                                           *Attorneys for Plaintiff Strike 3*
                                                           *Holdings, LLC*

                                                           By:  /s/ *Tyler A. Mamone*       
                                                                  Tyler A. Mamone, Esq.
                                                                  Florida Bar No.: 111632

tyler@mvlawpllc.com
Yetian Wang, Esq.
Florida Bar No.: 1025778
yetian@mvlawpllc.com
100 SE 2nd St. Suite 2000
Miami, FL 33131
Tel.: (786) 209-2379